151 A.3d 83

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSE A. VEGA (A/K/A KING JUNE, JOSE RAMIREZ-VEGA AND JOSE A. RAMIREZ), DEFENDANT-PETITIONER.

September 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-278/655-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 83

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DARNELL LEARY, DEFENDANT-PETITIONER.

September 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003805-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.